KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
ANTHONY MURILLO

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00009 OWW |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING FROM FEBRUARY 7, 2011 at 1:30 p.m. to FEBRUARY 14, 2011 at 1:30 p.m. |
| v. ) | |
| ANTHONY MURILLO, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That the status conference, previously set for February 7, 2011 at 1:30 p.m. be reset to February 14, 2011 at 1:30 p.m. so that counsel for defendant may have time to meet with defendant for a possible change of plea;

That the Speedy Trial Act be waived for the additional period of one week's time to allow opportunity to investigate and settle this case;

///

1

DATED: February 3, 2011                /k/Katherine Hart
                                       KATHERINE HART, Attorney for
                                       ANTHONY MURILLO

DATED: February 3, 2011                /Kimberly Sanchez
                                       KIMBERLY SANCHEZ, Assistant
                                       United States Attorney, Office of the
                                       United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That Defendant ANTHONY MURILLO's status conference be continued from February 7, 2011 at 1:30 p.m. to February 14, 2011 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   February 3, 2011**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

2