KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
ANTHONY MURILLO

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00009 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| | New date requested: **4/11/11 at 1:30 p.m.** |
| ANTHONY MURILLO, | |
| Defendant. | Previous date: 3/14/11 at 1:30 p.m. |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

1. That the status conference date of March 14, 2011 at 1:30 p.m. be continued to April 11, 2011 at 1:30 p.m. to allow additional time for investigation and review of proposed plea agreement;

2. That defendant ANTHONY MURILLO waives any application of the Speedy Trial Act and specifically requests such change of status conference date; .

1

3. That the interests of the public and the defendant in a speedy trial are outweighed by the defendant's need for further pretrial investigation.

DATED: March 7, 2011          /s/Katherine Hart
                              KATHERINE HART, Attorney for
                              ANTHONY MURILLO

DATED: March 7, 2011          /s/Kimberly Sanchez
                              KIMBERLY SANCHEZ, Assistant
                              United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the status conference of ANTHONY MURILLO, previously set for March 14, 2011 at 1:30 p.m., is hereby set for April 11, 2011 at 1:30 p.m.;

That time under the Speedy Trial Act is waived for purposes of additional investigation.

IT IS SO ORDERED.

**Dated:   March 8, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE