Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

**FILED**

OCT 19 2012

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **Offender Name:** | Anthony Murillo |
| **Docket Number:** | 1:11CR00009-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishi<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/20/2011 |
| **Original Offense:** | 18 USC 922(g)(1) Felon in Possession of Firearm (2 counts)<br>(CLASS D FELONIES) |
| **Original Sentence:** | 24 months BOP; 36 months supervised release; $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug/Alcohol testing; 4) employment/community service 5) No association with known gang members; 6) Co-payment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/07/2012 |
| **Assistant U.S. Attorney:** | Kimberly Sanchez    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Kathy Hart    **Telephone:** (559) 256-9800 |

RE: **Anthony Murillo**
Docket Number: 1:11CR00009-001 OWW
<u>PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside at the residential Re-Entry Center-Turning Point for a period of up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). Payment of subsistence is to be waived until employed. The defendant shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

## NON-COMPLIANCE SUMMARY

1. ILLICIT DRUG USE - Marijuana and Methamphetamine
   (October 2012)

Details of alleged non-compliance: On October 9, 2012, the offender reported to the probation office and admitted having used marijuana and methamphetamine on Saturday October 6, 2012. The offender was counseled and referred for substance abuse treatment and testing. Further on October 19, 2012, the offender contacted the probation officer and reported further use of marijuana and methamphetamine. Offender reported to the office at the direction of the officer and provided a positive urinalysis for methamphetamine. This is a violation of the mandatory condition that he not use any controlled substances.

**Justification:** The above-referenced violations represent two occasions since release from the Bureau of Prisons that the defendant has violated the terms of his supervised release. Upon being confronted about his use of controlled substances, the defendant admitted his use and reported his need for help in this matter. He advised he has used drugs due to "being stressed" surrounding issues related to his wife and children. On October 9, 2012, the offender was referred to Turning Point of California for drug and alcohol treatment and testing after the initial use of methamphetamine. However, the offender then continued his pattern of negative behavior and

RE: **Anthony Murillo**
 **Docket Number: 1:11CR00009-001 OWW**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

reported further use of marijuana and methamphetamine. The offender recognizes his addiction and his current vulnerability to continue to use, and acknowledges that his life requires additional structure at this time. As such, he has agreed that a placement at the residential Re-Entry center (RRC), Turning Point, for a period of up to 180 days appears appropriate at this time. Such placement will provide the offender with a more confined environment and will hopefully encourage him to make greater efforts towards leading a drug-free lifestyle. Such placement will also provide protection to the community, as well as serve as adequate deterrence and punishment for the violations. It is noted the offender will continue to be subject to random drug testing while at the RRC. It should also be noted, the offender has a history of gang involvement and violent behavior, commonly precipitated by his drug use.

The offender has acknowledged his willingness to modify his conditions by signing a Waiver of hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

/s/ Sarah L. Kirk

**SARAH L. KIRK**
**United States Probation Officer**
Telephone: (559) 499-5701

**DATED:** October 19, 2012
 Fresno, California
 SLK

**REVIEWED BY:** /s/ Robert A. Ramirez

**ROBERT A. RAMIREZ**
**Supervising United States Probation Officer**

RE: **Anthony Murillo**
     Docket Number: 1:11CR00009-001 OWW
     <u>PETITION TO MODIFY THE CONDITIONS OR TERM</u>
     <u>OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

---

**THE COURT ORDERS:**

( ✓ ) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

_10-19-12_
Date

_Signature of Judicial Officer_

cc: United States Probation
    Kimberly Sanchez, Assistant United States Attorney
    Kathy Hart, Assistant Federal Defender
    Defendant
    Court File

Attachment: Probation Form 49

# United States District Court

## Eastern District of California

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The offender shall reside at the residential Re-Entry Center-Turning Point for a period up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). In addition, payment of subsistence is waived until employed. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United states Probation Officer.

Witness _____    Signed _____
        SARAH L. KIRK                        ANTHONY MURILLO
        U.S. Probation Officer               Probationer or Supervised Releasee

                    10/19/12
                    Date